| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on March 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CALYPSO ST. BARTH, INC.<br>                     Debtor. | Chapter: 7<br>Case No.: 17-32231 (VFP)<br><br>Hearing Date: February 27, 2018<br>Hearing Time: 10:00 a.m. |

### ORDER AUTHORIZING TRUSEE TO REJECT CERTAIN UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered 2 through 3 is hereby **ORDERED**.

**DATED: March 6, 2018**

                                                                             Honorable Vincent F. Papalia<br>
                                                                             United States Bankruptcy Judge

Page 2
Debtor:     Calypso St. Barth, Inc.
Case No.    17-32231 (VFP)
Caption:    Order Authorizing Trustee to Reject Certain Unexpired Leases of Non-Residential Real Property and Granting Related Relief

THIS MATTER, having been opened to the Court on the motion (the "Motion") filed by Charles M. Forman, chapter 7 trustee (the "Trustee") for Calypso St. Barth, Inc. (the "Debtor"), through his proposed attorneys, Forman Holt, seeking entry of an order pursuant to 11 U.S.C. §365, among other things, authorizing the Trustee to reject certain unexpired leases of non-residential real property; and it appears that the rejection of the leases is in the best interest of the Debtor's estate; and for good cause shown,

This Court hereby finds that:

A.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding as that term is defined in 28 U.S.C. § 157(b). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

B.  Good and sufficient notice of the Motion was provided as required under Rule 6006(c) of the Federal Rules of Bankruptcy Procedure on all affected landlords and their counsel, if any, the Office of the United States Trustee and all parties requesting notice.

C.  The Trustee has articulated sound business judgment for rejection the unexpired leases of non-residential real property set forth on Schedule A.

Therefore, it is hereby **ORDERED** that:

1.  To the extent not terminated pursuant to their terms or application non-bankruptcy law, the leases set forth on Schedule A (the "Rejected Leases") are deemed rejected effective February 28, 2018 (the "Rejection Date").

F0014803 - 1

Page 3
Debtor:      Calypso St. Barth, Inc.
Case No.     17-32231 (VFP)
Caption:     Order Authorizing Trustee to Reject Certain Unexpired Leases of Non-Residential Real Property and Granting Related Relief

2. The Trustee and Tiger Group, their agents or representatives, shall be given reasonable access to retrieve Inventory and FF&E located at the premises (the "Rejected Premises") set forth in each of the Rejected Leases prior to the Rejection Date. If there is an unresolved dispute as to what Inventory and FF&E are property of the estate, such landlord or the Trustee may request a telephonic hearing to be held before the Court on an expedited basis. However, in no event shall any dispute as to the estate's interest in the Inventory or FF&E be deemed an extension of the Rejection Date or entitle the landlord to a further administrative rent claim.

3. On the Rejection Date, the Trustee shall be deemed to have abandoned any property of the Debtor's located at the Rejected Premises. Any such abandonment shall be to the landlord with such landlord having the right to dispose of said property without the necessity of any further notice and without any liability to the Debtor's estate or any third parties.

4. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

F0014803 - 1

| Location Name | Location Address | Location City | Location State | Postal Code |
|---|---|---|---|---|
| 900 Madison | 900 Madison Avenue | New York | NY | 10021 |
| Boston | 114 Newbury Street | Boston | MA | 02116 |
| Brentwood | 225 26Th Street | Santa Monica | CA | 90402 |
| Merrick Park | 358 San Lorenzo Ave-Ste 1220 | Coral Gables | FL | 33146 |
| Phoenix | 2502 Camelback Rd | Phoenix | AZ | 85016 |
| Atlanta | 1170 Howell Mill Rd Ste 111 | Atlanta | GA | 30318 |
| Marin | 2231 Larkspur Landing Circle | Larkspur | CA | 93929 |
| Malibu | 3835 Cross Creek Rd - Ste 10 | Malibu | CA | 90265 |
| Chestnut Hill Square | 33 Boylston St. Ste 3315 | Boston | MA | 02467 |
| Denver | 105 Fillmore St Suite 106 | Denver | CO | 80206 |
| Bethesda Row | 4810 Bethesda Ave #24 | Bethesda | MD | 20814 |
| Office/Warehouse | 33-02 Skillman Ave | Long Island City | NY | 11101 |

{F0014808 - 1}